# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MARTIN, | CASE NO. 1:06-cv-00972-OWW-DLB PC |
| Plaintiff, | ORDER DENYING MOTION FOR STAY |
| v. | (Doc. 21) |
| W. J. SULLIVAN, et al., | |
| Defendants. | |

Plaintiff Russell Martin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 1, 2007, plaintiff filed a motion to stay service of process on defendants pending resolution of his appeal of a Rules Violation Report ("RVR") in Kern County Superior Court. Plaintiff is challenging the RVR in state court with the goal of restoring his lost time credits, which will allow him to pursue a retaliation claim in this action that is currently barred by the habeas exhaustion rule. Wilkinson v. Dotson, 544 U.S. 74, 81-2, 125 S.Ct. 1242, 1248 (2005).

This action cannot be stayed on that ground. However, if plaintiff succeeds in setting aside the RVR and gaining restoration of his time credits, he may file a motion seeking leave to amend to reassert his otherwise cognizable retaliation claim.

Plaintiff's motion for a stay is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **October 3, 2007**               **/s/ Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE

1