UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MARTIN,<br><br>        Plaintiff,<br><br>vs.<br><br>W.J. SULLIVAN, et al.,<br><br>        Defendants. | 1:06-cv-00972-OWW-GSA-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 23)<br><br>**ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |

    Plaintiff Russell Martin ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On October 4, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 4, 2007, are ADOPTED IN FULL;

2. This action proceed on plaintiff's amended complaint, filed March 26, 2007, against defendants Uzzle and Shiefelbien for use of excessive physical force in violation of the Eighth Amendment;

3. Plaintiff's Eighth Amendment failure-to-protect claims are DISMISSED from this action for failure to state a claim upon which relief may be granted;

4. Plaintiff's retaliation claim arising from defendant Slankard's threat, retaliation claim arising from defendant Cribb's destruction of a report, and retaliation claims against defendants Alipaz and Bryant are DISMISSED from this action for failure to state a claim upon which relief may be granted;

5. Plaintiff's retaliation claim against defendant Cribb and Doe defendants arising out of the planting of the razor blades and issuance of the Rules Violation Report is DISMISSED, without prejudice, as barred by the habeas exhaustion rule;

6. Plaintiff's claims for equitable relief are DISMISSED; and,

//

7.    Defendants Bryant, Cribb, Slankard, and Alipaz are DISMISSED from this action for failure to state any claims upon which relief may be granted against them.

IT IS SO ORDERED.

**Dated:   January 10, 2008**               /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE