IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RUSSELL MARTIN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**W.J. SULLIVAN, et al.,**<br><br>　　　　　　　　　　Defendants. | CASE NO.: 1:06-cv-00972 OWW GSA PC<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE AMENDED COMPLAINT**<br><br>**(DOCUMENT #31)**<br><br>**THIRTY DAY DEADLINE** |

　　　On May 30, 2008, Defendants Uzzle and Shiefelbein filed an ex parte application to extend time to file their response to Plaintiff's amended complaint. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Defendants are granted **thirty (30) days** from the date of service of this order in which to file their response to the amended complaint.

　　　IT IS SO ORDERED.

　　　Dated:　**June 4, 2008**　　　　　　　　　　／s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order

1