IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MARTIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>W.J. SULLIVAN, et al.,<br><br>　　　　Defendants. | No. 1:06-cv-0972-GMS<br><br>**ORDER** |

　　　The Court is in receipt of Plaintiff's Request for Appointment of Counsel (Dkt. # 43). The Court can find no exceptional circumstances justifying appointment of counsel. Therefore,

　　　**IT IS HEREBY ORDERED** denying the request for appointment of counsel.

　　　DATED this 19th day of February, 2009.

　　　　　　　　　　　　　　　　　　　　　　／s／ G. Murray Snow
　　　　　　　　　　　　　　　　　　　　　　G. Murray Snow
　　　　　　　　　　　　　　　　　　　　　　United States District Judge