1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSSELL MARTIN, | ) | |
| Plaintiff, | ) ) | No. 1:06-cv-0972-GMS |
| vs. | ) ) | |
| W.J. SULLIVAN, et al., | ) ) | **ORDER** |
| Defendants. | ) ) | |
| | ) | |

Pending before the Court is Plaintiff's Motion Seeking a Court Order Compelling Mule Creek State Prison to Afford Pro Se Plaintiff Law Library Access in Accord with *Casey v. Lewis*, 43 F.3d 1261 (9th Cir. 1994) and to Grant Plaintiff Motion for Appointment of Counsel Forthwith (Dkt. # 42). The Court has previously denied Plaintiff's Motion for Appointment of Counsel (Dkt. ## 43 and 44). The Court will not reconsider that motion.

The case cited to the Court by Plaintiff, *Casey v. Lewis*, was subsequently reversed by the United States Supreme Court at *Lewis v. Casey*, 518 U.S. 343, 351 (1996) (holding that there was not abstract freestanding right to a law library). Plaintiff does not establish in any way that he has been denied access to the Court's by his limited access to the law library of one-half day per week. Therefore,

**IT IS HEREBY ORDERED** denying Plaintiff's motion (Dkt. 42).

DATED this 4th day of March, 2009.

_____
G. Murray Snow
United States District Judge