IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MARTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>W.J. SULLIVAN, et al.,<br><br>    Defendants. | No. 1:06-cv-0972-GMS<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motion Requesting an Extension of Time (Dkt. # 47) and Motion for Appointment of Counsel (Dkt. # 48). Neither motion is based on substantial justification. Therefore,

**IT IS HEREBY ORDERED** denying both motions (Dkt. ## 47 and 48).

DATED this 10th day of March, 2009.

_____
G. Murray Snow
United States District Judge