IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSSELL MARTIN, | ) | No. 1:06-cv-0972-GMS |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| W.J. SULLIVAN, et al., | ) | |
| Defendants. | ) | |

Plaintiff has filed an affidavit in support of his motion seeking a subpoena duces tecum (Dkt. # 50). Pursuant to the Scheduling Order in this matter entered on July 29, 2008 (Dkt. # 37), all discovery in this matter closed on April 2, 2009. Accordingly, Plaintiff's discovery request, dated April 7, 2009 and filed with the Court on April 13, 2009 is untimely. Therefore,

**IT IS HEREBY ORDERED** denying Plaintiff's request (Dkt. 50).

DATED this 16th day of April, 2009.

_____
G. Murray Snow
United States District Judge