IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL MARTIN,

    Plaintiff,                        No. 1:06-cv-0972-GMS

    vs.

W.J. SULLIVAN, et al.,

    Defendants.                   <u>ORDER</u>

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983.  This case will be referred to Magistrate Judge Craig S. Kellison to conduct a settlement conference at North Kern State Prison (NKSP) on January 21, 2010, at 1:00 p.m.  A separate order and writ of habeas corpus ad testificandum to transport the plaintiff from Kern Valley State Prison (KVSP) will issue forthwith.

        In accordance with the above, **IT IS HEREBY ORDERED** that:

        1. This case is set for mediation on **January 21, 2010, at 1:00 p.m.** at NKSP, 2727 West Cecil Avenue, Delano, California.

        2. The parties are directed to provide confidential settlement conference statements to Magistrate Judge Kellison, 501 I Street, Sacramento, California 95814, so that they arrive no later than **January 14, 2010**.

        DATED this 21st day of September, 2009.

                                       G. Murray Snow
                                       United States District Judge