UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RUSSELL MARTIN,

        Plaintiff,                         No. 1:06-CV-0972-GMS

vs.

W.J. SULLIVAN et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Russell Martin, inmate # E-67269, a necessary and material witness in proceedings in this case on January 21, 2010, is confined in California State Prison, Los Angeles County, 44750 60th Street West, Lancaster, California 93536, in the custody of Warden Brian Haws; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at North Kern State Prison, 2737 West Cecil Avenue, Delano, California, 93215 on January 21, 2010 at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a mediation conference at the time and place above, until completion of the mediation conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, North Kern State Prison, P.O. Box 567, Delano, California 93216.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Brian Haws, 44750 60th Street West, Lancaster, California, 93536:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at North Kern State Prison at the time and place above, until completion of the mediation conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED this 4th day of January, 2010.

                                            _____
                                                    G. Murray Snow
                                             United States District Judge