IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Russell Martin,

        Plaintiff,                    No. 1:06-CV-0972-GMS

    vs.

W. J. Sullivan, et. al.,

        Defendants.         ORDER CONTINUING SETTLEMENT CONFERENCE TO MARCH 10, 2010 AT CALIFORNIA STATE PRISON, LOS ANGELES COUNTY

    Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. This case was set for settlement conference on January 21, 2010 before United States Magistrate Judge Craig M. Kellison at North Kern State Prison. Due to poor traveling conditions, the settlement conference is continued from January 21, 2010 to March 10, 2010 at California State Prison, Los Angeles County. Therefore,

    **IT IS HEREBY ORDERED** that the settlement conference set in this case is continued from January 21, 2010 to **March 10, 2010** at California State Prison, Los Angeles County.

    DATED this 16th day of February, 2010.

_____
G. Murray Snow
United States District Judge