IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Russell Martin,<br><br>        Plaintiff,<br><br>vs.<br><br>W.J. Sullivan, et al.,<br><br>        Defendants. | No. 1:06-cv-0972-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion Requesting A Copy of the Settlement Agreement held March 10, 2010 (Dkt. # 61). Accordingly,

**IT IS HEREBY ORDERED** directing counsel for Defendants to file a Status Report on the status of the Settlement Agreement or send a copy of the Settlement Agreement to Plaintiff and file notice with the Court, on or before **(7 days)**.

DATED this 13th day of May, 2010.

_____
G. Murray Snow
United States District Judge