# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Russell Martin, | ) |
|     Plaintiff, | ) No. 1:06-cv-0972-GMS |
| vs. | ) |
| W.J. Sullivan, et al., | ) **ORDER** |
|     Defendants. | ) |

Pending before the Court is Plaintiff's Request for Clarification (Dkt. # 64). The Settlement Agreement and Mutual Release contains the terms of the settlement. Therefore,

**IT IS HEREBY ORDERED** denying the Request for Clarification.

DATED this 8th day of June, 2010.

*/s/ H. Murray Snow*
G. Murray Snow
United States District Judge