IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Russell Martin,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>W.J. Sullivan, et al.,<br><br>　　　　Defendants. | No. 1:06-cv-0972-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Compel (Dkt. # 59). In light of the pending settlement between the parties,

**IT IS HEREBY ORDERED** directing the Clerk of the Court to terminate the Motion to Compel as moot.

DATED this 23rd day of June, 2010.

_____
G. Murray Snow
United States District Judge