IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Russell Martin,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>W.J. Sullivan, et al.,<br><br>　　　　Defendants. | No. 1:06-cv-0972-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion Requesting a Court Order Waive Stipulation for Dismissal of this Case Based on False Information by CDCR (Doc. 70). No Response having been filed and upon the Court's own motion,

**IT IS HEREBY ORDERED** setting a Telephonic Status Conference on **October 22, 2010 at 10:30 a.m. (Arizona time)**. The parties are directed to call (602) 322-7650 a few minutes before the status conference is to begin.

**IT IS FURTHER ORDERED** that in preparation for the Status Conference, Defendants shall provide the Court, on or before **October 15, 2010**, with the following:

　　1.　　A copy of the Settlement Agreement.

　　2.　　Provide a copy of Plaintiff's restitution balance and a record of any account activity relating to that balance during the past year.

DATED this 15th day of September, 2010.

_/s/ G. Murray Snow_
G. Murray Snow
United States District Judge