IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Russell Martin,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>W.J. Sullivan, et al.,<br><br>　　　　Defendants. | No. 1:06-cv-0972-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion Requesting a Court Order Waive Stipulation for Dismissal of this Case Based on False Information by CDCR (Doc. 70). This matter was scheduled for a telephonic status conference on October 22, 2010. Because of technical audio problems in the courtroom, the matter was vacated. Accordingly,

**IT IS HEREBY ORDERED** resetting a Telephonic Status Conference on **November 5, 2010 at 3:00 p.m. (Arizona time)**.   The parties are directed to call (602) 322-7650 a few minutes before the status conference is to begin.

DATED this 25th day of October, 2010.

_____
G. Murray Snow
United States District Judge