# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL MARTIN,                              No. 1:06-CV-00972-GMS

    Plaintiff

 vs.                                                        <u>ORDER</u>

W. J. SULLIVAN, et. al.,

    Defendants,
_____/

       Plaintiff is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.

       This case was set for a settlement conference on March 10, 2010, at California State Prison, Los Angeles County, before the Honorable Craig M. Kellison, United States Magistrate Judge. The parties reached a settlement agreement during those proceedings.

       The court has confirmed that a condition of the parties' settlement agreement included a waiver by this Court to collect any further filing fee pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1). The Court will therefore, vacate the filing fee collection order (Doc. 12), and no further deductions from Plaintiff's prison trust account will be made.[1]

---

[1] For clarification purposes only, the Court notes that no portion of the filing fee that has already been collected, if any, shall be refunded to Plaintiff under the terms of the settlement. This order only applies to any future withdrawals.

1      Accordingly, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The filing fee collection order of August 15, 2006, (Doc. 12) is vacated;

2. No further deductions from Plaintiff's prison trust account relating to the filing fee in this action shall be made; and

3. The Clerk of the Court is directed to send a copy of this Order to:

> The Director of the California Department of Corrections
> 1515 S Street,
> Sacramento, California 95814

and

> The Clerk of the Court
> Financial Department,
> U.S. District Court, Eastern District of California, Fresno Division.

DATED this 18th day of November, 2010.

_____
G. Murray Snow
United States District Judge