1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   Russell Martin,                    )
                                       )      No. 1:06-cv-0972-GMS
10              Plaintiff,             )
                                       )
11  vs.                                )
                                       )      **ORDER**
12  W.J. Sullivan, et al.,             )
                                       )
13              Defendants.            )
                                       )
14  _____ )

15

16          Pursuant to the parties' Stipulation for Voluntary Dismissal with Prejudice (Doc. 78),

17  and good cause appearing,

18          **IT IS HEREBY ORDERED** dismissing this action with prejudice.

19          DATED this 15th day of December, 2010.

20

21          _____

22                          G. Murray Snow
                       United States District Judge

23

24

25

26

27

28